JOHN H. HARDT et al., Respondents, *v.* HERMAN SCHULTING, Appellant.

(Argued April 25, 1881; decided May 10, 1881.)

THIS action was brought to set aside a release executed by plaintiffs and other creditors of the defendant on the ground of fraud. The case originated in the same general transactions as that considered in the preceding case. (*Dambmann* v. *Schulting, ante,* 622.) In this case, however, the trial court found, upon evidence the court here deemed sufficient, that defendant, at the time the release was executed, did make, with a view of obtaining the release, the representations alleged; that they were false, were of material facts, and by means thereof defendant did obtain the release.

It was claimed that there was no finding that plaintiffs relied on defendants' representations. *Held,* that the finding that by means of material misrepresentations the release was obtained necessarily involved the reliance of plaintiffs upon them.

*C. Bainbridge Smith* for appellant.

*William Watson* for respondents.

FINCH, J., reads for affirmance.
All concur.
Judgment affirmed.